NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METRIS U.S.A., INC., METRIS N.V., METRIS IPR N.V., AND 3-D SCANNERS, LTD.,**
*Plaintiffs-Cross Appellants,*

**v.**

**FARO TECHNOLOGIES, INC.,**
*Defendant-Appellant.*

---

2013-1337, -1388

---

Appeals from the United States District Court for the District of Massachusetts in No. 08-CV-11187, Chief Judge Patti B. Saris.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss the above-captioned appeals pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are moot.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21

Issued As A Mandate: July 22, 2013